**Exhibit A to the Complaint**

**Location:** Lebanon, NJ

**Total Works Infringed:** 38

**IP Address:** 73.198.56.114

**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash:<br>3E1B2FFC37EFD8FF20F15FE6983057183F446F26<br>File Hash:<br>4D5D1DC20FBEF77EAB20063A078A377175BB0B7951ACC5760C752112F939349E | 05-15-2021<br>14:42:15 | Blacked | 05-30-2020 | 06-22-2020 | PA0002245635 |
| 2 | Info Hash:<br>6E092D7A3453A1D45B1439231F12D419573100A7<br>File Hash:<br>D8BF82073E2B68DD94CE8EB6D1D86B84A373A3C3A9FD4A6154CF46360F2A4686 | 05-15-2021<br>14:38:40 | Blacked Raw | 07-06-2020 | 07-20-2020 | PA0002248962 |
| 3 | Info Hash:<br>D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash:<br>D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 02-20-2021<br>16:02:46 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 4 | Info Hash:<br>312BE07B7B91D786BEF30B7F3FF82B39EC98F044<br>File Hash:<br>BDFBC09EA7EA2DECF25193A2F15372E0FBD093940DAAE44C3F10613528F5A3B7 | 02-07-2021<br>02:13:53 | Tushy | 05-31-2019 | 06-17-2019 | PA0002181300 |
| 5 | Info Hash:<br>5F981AE4AE9AAE5C639A534C1F171A9BA3E219B4<br>File Hash:<br>9202F93D1440E9BD4E77B9BC9E51E84E2804510129C8102EF89A01FB106C07C7 | 02-07-2021<br>02:09:54 | Tushy | 02-15-2020 | 03-15-2020 | PA0002240542 |
| 6 | Info Hash:<br>8F104C89FA74744BEB02B58214813B42F91E779A<br>File Hash:<br>3AC4C4ABEF58092E0A30B0621D5016FAB655BFD1954D745D95DF327D6A702E11 | 12-29-2020<br>14:29:00 | Vixen | 04-29-2019 | 06-03-2019 | PA0002178770 |
| 7 | Info Hash:<br>25B21825FDDD326285817D5BFE5C8D177C46F514<br>File Hash:<br>F21F94696B0F2A2652945488B0FBD0909454D758FA49D86F8B18992263EEC560 | 12-29-2020<br>03:26:51 | Blacked Raw | 06-26-2018 | 08-07-2018 | PA0002131867 |
| 8 | Info Hash:<br>56F7C01B3C23E6CE59C454F4EE45393EEAEC0AD0<br>File Hash:<br>752C61B08AE5CBFB7826723C302AEA80771DD44E3B111655C0B5D1B2B8FAD3CC | 12-29-2020<br>03:26:25 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash:<br>2956C3F6D2FEB3CDA0CAFB124CAB6E5BAB068630<br>File Hash:<br>4621449F9BE6EA6425237691494CDAC5C8ACABA26FDA86F299B2827BA5CAEE64 | 12-29-2020<br>03:23:25 | Blacked<br>Raw | 04-17-2018 | 05-23-2018 | PA0002101308 |
| 10 | Info Hash:<br>6485035BCB89D8FA8FECC1F473D7C2323BF473CD<br>File Hash:<br>54B9AB8D31857B76FC9DC9970D1A79560BC7826C0E0B0A63B9521968EFA5C5B7 | 12-29-2020<br>03:22:25 | Blacked | 06-28-2019 | 08-27-2019 | PA0002213235 |
| 11 | Info Hash:<br>6CCA2A5C4AE772A6F0AD843929CD0B21FABF2950<br>File Hash:<br>4E420D4AEBA96EFC47356E189950B807051AC0295D86447781B863F7BF0083D0 | 12-29-2020<br>03:14:13 | Blacked | 03-21-2018 | 04-12-2018 | PA0002091520 |
| 12 | Info Hash:<br>CE04C5C151946E91E79BC047F8C0194DB828997E<br>File Hash:<br>DC36108AB0F0290EF2DBE497B52A71828EC447EC6F183DCC4CA02339A6E7EB0B | 12-26-2020<br>00:42:50 | Blacked | 12-16-2018 | 02-02-2019 | PA0002154976 |
| 13 | Info Hash:<br>80494AFA4036C921B131676C3D1A61F5DE378231<br>File Hash:<br>85424ED7263189BB726B267E8436C95A6813BF8FA9C33CFAB19E35095E7FBBC4 | 12-05-2020<br>15:53:00 | Blacked | 04-10-2019 | 05-11-2019 | PA0002173883 |
| 14 | Info Hash:<br>C2EB8D26EFD97B278EBDABD2549878ADF32798F5<br>File Hash:<br>0D0EB077DD053662820FF8852E9BF765F0D6844C6E83663026A36E0E735F51B5 | 05-31-2020<br>19:52:42 | Tushy | 05-31-2020 | 06-16-2020 | PA0002253261 |
| 15 | Info Hash:<br>55FA39D7A89D44D2AC568377A00D8D3EADA8BB82<br>File Hash:<br>9491F0E6774459FF0DBE939D91E2B379F1F8386F47012A162AE4ED5B1D155669 | 04-26-2020<br>14:37:52 | Vixen | 04-24-2020 | 05-05-2020 | PA0002249029 |
| 16 | Info Hash:<br>68DF6A8F65FCF786AB7ADDA7B921B23BE3E3632C<br>File Hash:<br>0D754C448F542D5ADFF6A8D0C99C50ECC499C2180F818B26281940B2C61FCAB2 | 03-15-2020<br>22:08:56 | Vixen | 03-14-2020 | 04-17-2020 | PA0002246114 |
| 17 | Info Hash:<br>C537B9D095CD6581AF4C873D1971A712C5131015<br>File Hash:<br>888BCB848DB6CBDF494A75A2A7AE865C3E1E5A92FAC202E3FEAE1EAD91C7E45E | 12-24-2019<br>15:00:22 | Tushy | 12-12-2019 | 01-03-2020 | PA0002219634 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 18 | Info Hash:<br>FD25755814ABFAC1101C7A311152225217F5EA46<br>File Hash:<br>F19635D7C6163AC0F7BDB6FE26C73C4DA1EFCEDF852B00A6F53A0886467432A8 | 12-06-2019 21:43:46 | Vixen | 12-05-2019 | 12-17-2019 | PA0002217671 |
| 19 | Info Hash:<br>F4C62F1FD6F96D354A206B3C071BC30B0FCF3492<br>File Hash:<br>6C13119810306D9687576AA11BBF42B39F59647A38D5BD760B9DBB22CBEB6013 | 10-11-2019 14:51:44 | Tushy | 05-16-2019 | 07-05-2019 | PA0002206381 |
| 20 | Info Hash:<br>D9B4D90D022CA2E36D3CEEDE18262DB3D3ED17C5<br>File Hash:<br>6C4C1A6F59F86C3B21ECFC1814AECE0CB6B91CDC4F929D442511D617461CB837 | 10-04-2019 12:34:11 | Vixen | 10-01-2019 | 10-21-2019 | PA0002207746 |
| 21 | Info Hash:<br>50B31F2C7B3A3B6AB997B8883FC629F56CBBA9AC<br>File Hash:<br>1509C9EFB1EC469E14E58FEED02E7E75C173CF4DFC0FEC170A4A1088C12A0930 | 09-28-2019 20:36:59 | Tushy | 09-28-2019 | 10-21-2019 | PA0002207776 |
| 22 | Info Hash:<br>CFEBC9AE50CD5776401B39FF5FF280EB18AED998<br>File Hash:<br>A6F2147B70C5DB2E630C7EE6A47C76FC79A6DF496B34AFE0664A92CC6EA61E12 | 07-12-2019 16:32:33 | Vixen | 05-14-2018 | 06-19-2018 | PA0002126499 |
| 23 | Info Hash:<br>D33718646951B746A7FDAE837A2FBE03520E9423<br>File Hash:<br>CEC24AC5342C9537999FB8B815FBE9C9F83387186DABF07373E223DDF4CF8F3B | 06-05-2019 22:48:42 | Tushy | 06-05-2019 | 07-17-2019 | PA0002188310 |
| 24 | Info Hash:<br>7C627BDADFCB1575B894A71C66ADFFB95C6EFAFE<br>File Hash:<br>9BE67B021A11DC3292BCE207B18A2311A31D90B10A04F549569DC1E091AE7C9A | 05-17-2019 15:48:39 | Blacked Raw | 10-24-2018 | 11-25-2018 | PA0002137640 |
| 25 | Info Hash:<br>0ED1618079E29D4BB708465328D67B227B1AA795<br>File Hash:<br>74BFE94A22A1AE503CFC1932F5AD24D246D29B424A39F00629A536CC93B83BAF | 04-26-2019 12:06:24 | Vixen | 03-10-2018 | 04-17-2018 | PA0002116743 |
| 26 | Info Hash:<br>0A7726E37E9B072573F9F2DB4D73EB77E34C9FE8<br>File Hash:<br>CCF520EDFF0270DDE0EE50CFA82BC67ECEE48A35A4C37F658A12DF4A439862A1 | 04-19-2019 21:11:09 | Tushy | 11-02-2017 | 12-05-2017 | PA0002098020 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: E5C92B53086AB651F00194890B95FAF30ECE3CD9 File Hash: CF1FE7B90C391C3A7A3B1DACB763777E13A1A117E77F40374AC27EAC61BA05FE | 04-19-2019 21:09:04 | Tushy | 10-13-2017 | 10-19-2017 | PA0002058299 |
| 28 | Info Hash: 80913E87A900C670E37328581117BA00BE50D3D6 File Hash: EE47FBD83263A2AC2072ABD9AE870F99C5B1D3DA2B4935A0F7FEA96A71A09941 | 04-12-2019 14:07:12 | Blacked Raw | 03-08-2019 | 04-29-2019 | PA0002169934 |
| 29 | Info Hash: B87DC726DB35A1E76853AC6F456EA9824B4C68D0 File Hash: 509429871843A02F68B4B703E87CEBE0F2BA258F20BCEB0E9B4634F0C6585194 | 03-17-2019 22:59:52 | Tushy | 03-17-2019 | 04-08-2019 | PA0002164888 |
| 30 | Info Hash: 867CFD7568B0DBC9DECBD12F8D58961B141769D3 File Hash: 7C0685210FE2A7251D04EA3826735A1B86D6DBE20A36423D775219FE842E0D5D | 03-17-2019 01:15:57 | Blacked | 03-16-2019 | 04-17-2019 | PA0002186980 |
| 31 | Info Hash: 1033E650C7CD1F17943A64DB30C19104B0DC872F File Hash: 0E71A89ED25D2A6D6D9412A077BF1891231D94BCA133846D1B0EA28A96CFC9E7 | 03-14-2019 22:20:21 | Blacked Raw | 12-03-2018 | 01-22-2019 | PA0002149845 |
| 32 | Info Hash: 436A26DC51C119D443F940EB3F9B1565D08F13ED File Hash: D2373204CC75CF1A55ED4A24B9A6710BE6E02B396EBA97ABBEF77F8CC33F3329 | 03-13-2019 21:41:02 | Blacked | 03-11-2019 | 03-31-2019 | PA0002163979 |
| 33 | Info Hash: F6BE8D9DAB44F22897F31DC723981539A419BB77 File Hash: 4029D1979CAAB2A49B178FBAE5DA74E69A8C64DBCE7823334F6615F6AD7BB377 | 03-13-2019 00:50:11 | Tushy | 03-07-2019 | 03-31-2019 | PA0002163981 |
| 34 | Info Hash: 305161E30AAD9B9317BE6D0ABBC959EB390CC004 File Hash: B39DC41ADB38E77FA0F00885E5FC1D7450672F02AFF416CE93083713F40945A2 | 03-04-2019 20:22:19 | Blacked Raw | 03-03-2019 | 04-17-2019 | PA0002186905 |
| 35 | Info Hash: 24EC0426EAC05426517835813090CB9231DBA52B File Hash: 10336A352328DCC3CA975EEAE63D1D98665A85E688EBBDD208BBB3E6BADF6FCD | 03-04-2019 19:58:38 | Tushy | 03-02-2019 | 04-17-2019 | PA0002186902 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 36 | Info Hash: D4806BB207AC74C9AD5A4FD7507629A8A36A3FC0 File Hash: 6F2F44245EE8A63A0D5435E46C273E01057BB18704046252680139607EBF3626 | 02-10-2019 22:50:38 | Vixen | 02-08-2019 | 03-24-2019 | PA0002183193 |
| 37 | Info Hash: D3A2C58823A8491024C6C8D2E217259BE91B8DBE File Hash: 569C61FEC473621B28BF4D9BE0B749D880DEFC768C704E536C8F960897E10BC3 | 02-10-2019 22:35:08 | Tushy | 02-10-2019 | 03-24-2019 | PA0002184028 |
| 38 | Info Hash: CFF60793D4EFE2FFCA2D4CE480D07C2D41C64705 File Hash: 42B2CE8D6069E472E8C6839F3260FBDAB14EF7F9D2D3222B0F573F22E7DA20E7 | 01-08-2019 01:48:16 | Blacked Raw | 01-02-2019 | 02-02-2019 | PA0002155379 |